UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. ROBERT MARQUETTE, | No. C 08-1879 MHP (pr) |
|     Petitioner, | **ORDER OF TRANSFER** |
|     v. | |
| SHASTA COUNTY, | |
|     Respondent. | |

    H. Robert Marquette has filed a petition for writ of habeas corpus to challenge his conviction and sentence from the Shasta County Superior Court. Shasta County lies within the venue of the Eastern District of California. Marquette is currently incarcerated at the California State Prison in Vacaville, which is in Solano County and also within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction is preferably heard in the district of conviction. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: April 16, 2008

                                            Marilyn Hall Patel
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

H. ROBERT MARQUETTE,

        Plaintiff,

  v.

SHASTA COUNTY et al,

        Defendant.

Case Number: CV08-01879 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

H. Robert Marquette P-32844
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: April 16, 2008

                                Richard W. Wieking, Clerk
                                By: Anthony Bowser, Deputy Clerk