FILED
APR 18 PM 1:14
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

H. Robert Marquette, Plaintiff,

v.

Shasta County, Defendant.

CASE NO. CV 08 1879 MHP (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, R. Marquette, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A   Net: N/A

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Self
5  _____
6  _____

7  2.  Have you received, within the past **twelve (12)** months, any money from any of the
8  following sources:

9   a.  Business, Profession or                          Yes ___ No ✓
10      self employment
11  b.  Income from stocks, bonds,                       Yes ___ No ✓
12      or royalties?
13  c.  Rent payments?                                   Yes ___ No ✓
14  d.  Pensions, annuities, or                          Yes ___ No ✓
15      life insurance payments?
16  e.  Federal or State welfare payments,               Yes ___ No ✓
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.  Are you married?                                 Yes ___ No ✓
24  Spouse's Full Name: N/A
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?        Yes ____ No ____
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                   Yes ____ No ____
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ____ No ____ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ____ No ____
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _____ Utilities: _____
23  Food: $ _____ Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  _____             $ _____           $ _____
27  _____             $ _____           $ _____
28  _____             $ _____           $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

fines 3000 +

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

SHASTA COUNTY

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-15-08                    [signature]
DATE                       SIGNATURE OF APPLICANT

You Have copy of my Inmate Account C.S.P Solano Refuses to fill out the Page 5. Please go from my other suit. I will keep trying thanks

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

Robert Marquette P-38844
CSP Solano B4-213U
P.O. 4000 Vacaville CA 95696

SACRAMENTO CA 95[...]
[...] APR [...] PM 5 L

California State Prison - Solano

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES