**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number

415.522.2000

April 21, 2008

United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: CV 08-01879 MHP  H. ROBERT MARQUETTE-v-SHASTA COUNTY

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, please access the electronic case file through CM/ECF Systems.

                                        Sincerely,
                                        RICHARD W. WIEKING, Clerk

                                        by:  Gina Agustine-Rivas
                                        Case Systems Administrator

Enclosures
Copies to counsel of record